

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00299-CV

| | | |
|---|---|---|
| TARRANT COUNTY HOSPITAL DISTRICT D/B/A JPS HEALTH NETWORK, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-317133-20) |
| V. | § | March 10, 2022 |
| SANDRA DOWDY, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying appellant Tarrant County Hospital District d/b/a JPS Health Network's (TCHD) plea to the jurisdiction. We reverse the trial court's order denying TCHD's plea to the jurisdiction, and we render a judgment that appellee Sandra Dowdy's claims against TCHD are dismissed.

It is further ordered that appellee Sandra Dowdy shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack